# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARA WHITTEN,
               Appellant,
            vs.
NORMAN EARL RUFFIN,
               Respondent.

No. 77362

**FILED**

DEC 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order, and no appealable order appears in the district court's docket entries. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc:   Hon. Michael Villani, District Judge
      Lara Whitten
      Joseph J. Purdy
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-909796